**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ROY HARTMAN,**

    *Plaintiff*,

**v.**                               **Case No.: 1:26cv91-MW/MJF**

**TANSHANNA GOLDEN, et al.,**

    *Defendants***.**

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. The report and recommendation mailed to Plaintiff was returned as undeliverable on May 19, 2026. *See* ECF No. 6. However, it is Plaintiff's responsibility to notify the Clerk's Office of any change in address. It has now been over a month since the report and recommendation was issued, and Plaintiff has failed to update his mailing address. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is

**DISMISSED** for failure to state a plausible claim for relief and as malicious pursuant to 28 U.S.C. § 1915." The Clerk shall close the file.

**SO ORDERED on May 27, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**

2